# IN THE SUPREME COURT OF THE STATE OF NEVADA

FREDERICK VONSEYDEWITZ,
                     Appellant,
           vs.
THE STATE OF NEVADA,
                     Respondent.

No. 70112

**FILED**

SEP 1 2 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying a motion to correct an illegal sentence. Eighth Judicial District Court, Clark County; Jennifer P. Togliatti, Judge.

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

cc:    Hon. Jennifer P. Togliatti, District Judge
        Frederick Vonseydewitz
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk

16-28182